■    CARRIER CORPORATION, Appellant, v. PICTO CORP. et al., Defendants, and MARBURT HOLDING CORPORATION et al., Respondents.— Order and judgment unanimously affirmed, with costs to the respondents.  No opinion.  Concur — Breitel, J. P., Rabin, Stevens, Eager and Bastow, JJ.

■    In the Matter of JACOB FULLER, as Administrative Assistant in the City Collector's Office, Finance Department, Borough of Brooklyn, Respondent, v. JOSEPH SCHECHTER, as Director of Personnel, New York City Civil Service Commission, et al., Appellants.— Order entered on April 4, 1960, in proceeding brought under article 78 of the Civil Practice Act directing reclassification of petitioner, unanimously reversed, on the law, petition dismissed, and the determination of the Civil Service Commission reinstated, without costs. The action of the agency is supported by the record, albeit there was presented a difficult administrative question for decision.  Concur — Botein, P. J., Breitel, McNally, Eager and Bastow, JJ.  [22 Misc 2d 743.]

■    EDWIN G. JENKINS et al., Respondents, v. POWELL SAVORY CORPORATION et al., Appellants.— Order entered on August 10, 1960, denying defendants' motion to dismiss the complaint for libel on ground of legal insufficiency, unanimously reversed, on the law, with $20 costs and disbursements to the appellants, the motion granted, with $10 costs, but with leave to plaintiffs to serve an amended complaint.  Accepting the purport of respondents' brief that in fact an arrangement petition was filed, the complaint is construed to allege actionable defamation solely on the ground that the arrangement proceeding was misdescribed as a bankruptcy.  That is not enough because such allegation would amount to no more than the truth.  If the plaintiffs have more than that to allege by way of defamation, they may do so by service of an amended pleading.  Furthermore, the individual plaintiff would not have a cause of action upon the publication except upon a proper pleading of special damages.  Concur — Botein, P. J., Breitel, McNally, Eager and Bastow, JJ.  [25 Misc 2d 66.]